**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 45.21.8.223**

**ISP:** AT&T U-verse
**Physical Location:** Spring, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/01/2019 22:30:43 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 07/09/2018 02:29:48 | 27E955743A676CCB05D14BCFDA8FB51AFB2B2734 | The Morning After |
| 05/24/2018 22:22:16 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 05/22/2017 04:36:29 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

STX283