United States District Court
Southern District of Texas
**ENTERED**
October 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Malibu Media, LLC., | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No.  H-19-2017 |
| John Doe, | § § | |
| Defendants. | § | |

ORDER

Pursuant to the Notice of Voluntary Dismissal With Prejudice filed on October 7, 2019 the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Clerk shall send a true copy to all counsel of record.

Signed this _____15_____ day of October, 2019.

DAVID HITTNER
United States District Judge